IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERRICK ROGERS,

    Plaintiff,

v.                    CASE NO. 4:13cv411-RH/CAS

CITY OF TALLAHASSEE et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST THE DEFENDANTS ROBERTS, NEWHOUSE, AND CONNELL

Based on the plaintiff's notice of voluntary dismissal with prejudice, ECF No. 16,

IT IS ORDERED:

1. The complaint's counts I, III, and V against the defendants Ronald Roberts, Jason Newhouse, and Kathy Connell are dismissed with prejudice.

2. These defendants' summary-judgment motion, ECF No. 11, is DENIED AS MOOT.

3. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The claims against City of Tallahassee and Wesley Hawkins remain pending.

SO ORDERED on January 3, 2014.

s/Robert L. Hinkle<br>United States District Judge